UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DOUGLAS A. WILSON, | ) CV 08-4340 SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br>Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence four 42 U.S.C. § 405(g).

DATED: July 30, 2009

_____/s/_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE